UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAYS INN HAYWARD AIRPORT, et al., <br><br> Defendants. | Case No. 13-cv-04142-JST <br><br> **ORDER TO SHOW CAUSE AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiff filed this action on September 6, 2013. ECF No. 1. Plaintiff filed returns of service on September 19, 2013, indicating that all defendants had been served. ECF Nos. 6, 7. Since that time, Plaintiff has taken no further action to prosecute the case.

The Court set the matter for a Case Management Conference on December 4, 2013 and ordered Plaintiff to file a Case Management Statement by November 27, 2013. As of today, Plaintiff has not filed anything.

Plaintiff is therefore ORDERED TO SHOW CAUSE why this Court should not dismiss the action with prejudice because of Plaintiff's failure to prosecute its claims. A court has authority to dismiss an action involuntarily where the plaintiff fails "to prosecute or to comply with . . . any order of court." Fed. R. Civ. Proc. 41.

Plaintiff is ordered to file a response to this Order to Show Cause by December 9, 2013. The Court will hold a hearing on the motion on December 19, 2013 at 2:00 p.m. If the action has been dismissed in its entirety by that time, the hearing will be vacated.

/ / /

/ / /

/ / /

/ / /

1    The Case Management Conference currently scheduled for December 4, 2013 is
2 VACATED.
3    **IT IS SO ORDERED.**
4 Dated:  December 1, 2013

_____
JON S. TIGAR
United States District Judge